# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00045-CV

## In re Kimberley A. Gunnarson and Gunnarson Outdoor Advertising, Inc.

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators' petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

Relators' motion to expedite consideration of motion for stay and the motion for stay are dismissed

as moot.  *See id*. R. 52.10.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Field and Bourland

Filed:   February 3, 2017